

# NUMBER 13-22-00049-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

MARIO ANGEL DIAZ,                                                    Appellant,

v.

MARINA DIAZ,                                                         Appellee.

---

### On appeal from the 444th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

Appellant's counsel, Phil Bellamy, has filed a motion for withdrawal of counsel. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellant, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

On June 10, 2022, appellant was granted an extension of time to file a brief, making his brief currently due on or before July 8, 2022.

The motion to withdraw is hereby granted and appellant is now proceeding pro se; however, appellant may attempt to obtain new counsel at any time. Appellant is directed to notify the Court promptly if he retains new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, email address, facsimile number, if any, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.

PER CURIAM

Delivered and filed on the
15th day of June, 2022.